[No. 14892-3-I.   Division One.   March 2, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES BREWER BRANCH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-00193-0, H. Joseph Coleman, J., entered June 6, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Pekelis, J.

[No. 7808-6-III.   Division Three.   March 3, 1987.]

BYRON RENTFRO, *Appellant,* v. SAFECO INSURANCE COMPANY OF AMERICA, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 85-2-50121-0, Dennis D. Yule, J., entered April 29, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 7533-8-III.   Division Three.   March 3, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MANUEL ARAISA ESPINOZA, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 85-1-00225-7, Fred R. Staples, J., entered November 22, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.